IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID E. SUTPHIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-G-0541-S |
| ) | |
| USF HOLLAND, INC., ) | |
| ) | |
| Defendant. ) | |

**ENTERED**
**JUL 2 5 2001**

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to dismiss filed by the defendant (doc. 4) is due to be denied. An appropriate order will be entered.

**DONE**, this 25th day of July, 2001.

J. FOY GUIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE